**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: B.M.J.P. A/K/A B.P., A MINOR    :   No. 375 WAL 2019
                                                :
                                                :
PETITION OF: L.P., BIOLOGICAL    :   Petition for Allowance of Appeal from
MOTHER                                :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 15th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.